Larry O. Folks, #012142
Lisa S. Kass, #020859
Folks & O'Connor, PLLC
1850 N. Central Ave, #1140
Phoenix, Arizona 85004
(602) 256-9152
kass@folksoconnor.com
*Attorneys for the Movant, MB Financial Bank, NA, successor by merger with Oak Brook Bank*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| In re: | Chapter 7 Proceeding |
|---|---|
| ROBERT F. ZEIDLER, | **Case No.** 2:10-bk-17040-SSC |
| Debtor. | |
| MB FINANCIAL BANK, NA, SUCCESSOR BY MERGER WITH OAK BROOK BANK, | **NOTICE OF FILING MOTION FOR RELIEF FROM THE AUTOMATIC BANKRUPTCY STAY AND MAILING OF PROPOSED FORM OF ORDER** |
| Movant, | **Re: 2006 Harley Davidson Motorcycle** |
| vs. | |
| ROBERT F. ZEIDLER, Debtor; and LOTHAR GOERNITZ, Chapter 7 Trustee, | |
| Respondents. | |

NOTICE IS HEREBY GIVEN that on the 4th day of October, 2010, MB Financial Bank, N.A., as successor by merger with Oak Brook Bank ("Movant") filed its "Motion for Relief from the Automatic Bankruptcy Stay" ("Motion for Relief") seeking relief from the automatic bankruptcy stay to allow Movant to exercise its state

law rights and remedies in and to certain property known as 2006 Harley Davidson FXDLI, VIN #1HD1GN11X6K335010 (the "Automobile") which is specifically described by a Arizona Certificate of Title attached to the Motion for Relief as **Exhibit "B"**; along with mailing to the interested parties provided below a proposed form of Order approving the Motion.

NOTICE IS FURTHER GIVEN that, pursuant to Local Bankruptcy Rule 4001-1, if no written objection to the Motion for Relief is filed with the Court, with a copy thereof served on Movant's attorney, whose address is: Lisa S. Kass, Folks & O'Connor, PLLC, 1850 N. Central Ave, #1140, Phoenix, Arizona 85004 within fourteen (14) days of service of this Notice, then the Court may grant the Motion without further notice or hearing.

DATED this 4th day of October, 2010.

>   FOLKS & O'CONNOR, PLLC
>
>   By  /s/ Lisa S. Kass
>   Larry O. Folks
>   Lisa S. Kass
>   1850 N. Central Avenue, #1140
>   Phoenix, AZ  85004
>   *Attorneys for Movant*

**ORIGINAL** filed by **ECF** and
**COPIES** of the foregoing mailed
this 4th day of October, 2010 to:

Robert Zeidler
5702 E. Duncan
Mesa, AZ  85205
*Debtor*

George D. Morgan
Morgan Law Offices, PLC
4635 S. Lakeshore Dr., #131
Tempe, AZ  85282
*Attorney for Debtor*

Lothar Goernitz
P.O. Box 32961
Phoenix, AZ  85064
*Chapter 7 Trustee*

1

2 US Trustee
Office of the US Trustee
3 230 North First Avenue
Suite 204
4 Phoenix, AZ 85003-1706

5 By /s/ Kathlyn Maez
*An Employee of Folks & O'Connor, PLLC*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26